**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Raymond Edward Chestnut, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-001046

––––––––––––––––

Appeal From Horry County
James A. Spruill, Family Court Judge

––––––––––––––––

Unpublished Opinion No. 2019-UP-422
Submitted December 20, 2019 – Filed December 31, 2019

––––––––––––––––

**AFFIRMED**

––––––––––––––––

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Russell W. Hall III, of The Law Office of Russell W. Hall III, of Myrtle Beach, as Guardian ad Litem for Appellant.

Charles Richard Rhodes, Jr., of Charles R. Rhodes Jr. PC, of Conway, for Respondent.

Heather Marie Sarvis, of Myrtle Beach, as Guardian ad Litem for the minor child.

---

**PER CURIAM:** Raymond Edward Chestnut appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Chestnut's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.